IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                              *
                                    *     CASE NO.: 09-14820
                                    *
WILLIAM JAMES FORESTER,             *
                                    *     Chapter 13
DEBTOR.                             *

## OBJECTION TO CLAIM

COMES NOW the Debtor, William James Forester, in the above styled matter, by and through his attorney, and objects to the following claim:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movants' attorney, James D. Patterson, 21 South Section Street, Fairhope, AL 36532.

If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| #4 | BAC Home Loans Servicing, LP | $121,921.16 | 1. Claim is excessive. <br> 2. Claimant filed insufficient documentation. |

Wherefore, Debtor requests that after notice and hearing, the secured general claim be reduced.

/s/ James D. Patterson  
James D. Patterson  
Law Offices of Earl P. Underwood, Jr.  
21 South Section Street  
Fairhope, AL 36532  
Telephone: 251-990-5558  
Facsimile:  251-990-0626  
jpatterson@alalaw.com

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing pleading upon the Creditor listed below by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 22nd day of December 2009 and John C. McAleer, III, Chapter 13 Standing Trustee, using the electronic filing system.

Thomas G. Tutten, Jr.  
Sirote & Permutt, PC  
P.O. Box 55887  
Birmingham, AL 35255-5887

BAC Home Loans Servicing LP  
7105 Corporate Dr.  
PTX-B-209  
Plano TX 75024

/s/ James D. Patterson  
James D. Patterson